IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 104.59.203.56

**ISP:** AT&T U-verse
**Physical Location:** Austin, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/10/2019 17:21:58 | 5D16056BDDB5D5F4F6799D50C5E405ECC8AC78F0 | Teach Me About Sex |
| 01/10/2019 16:19:20 | 82292EB52C9863E6CE456319B716E5903F727FFE | Hot Fucking with Sexy Sybil and Jake |
| 10/05/2018 18:24:55 | A914D6790C1F2E142F033E9CD3B81845A941BCCD | Sex And Fashion A Threeway Project |
| 08/07/2018 00:53:33 | 68F96643E9404B9AA22F1D7582A455DCCAE1A64D | Sticky and Sweet |
| 08/07/2018 00:48:45 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 01/18/2018 18:33:26 | A0D102FB61F97BFE7B935492643E2313944FDBD2 | Five Reasons to Love Sex with Blondes |
| 10/09/2017 16:46:44 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 06/15/2017 15:06:24 | 9D5CDFEA75C245C909F33367BD777FF3CD69C916 | The Cabin And My Wood |
| 06/09/2017 16:20:58 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 06/06/2017 22:44:27 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 06/01/2017 17:27:42 | 27BBB5802EAB51683B352E88A98F380B88B68FA1 | Deep Inside Gina |
| 06/01/2017 16:24:57 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 06/01/2017 16:24:24 | 3F4A5DBF141AC8226C9FFA51A3E357A71593FAFC | A Rose A Kiss and A Bang |
| 05/01/2017 14:39:56 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |
| 04/06/2017 18:49:03 | EAB49FE6E74F12073B3F66ABC3F5771762D13AAC | Freckle Faced Fox |
| 04/06/2017 18:40:47 | 7C357F16175686F336277E82ED6D95B9A82199E2 | Hot Winter Fox |
| 03/09/2017 06:20:27 | C5521BF8614496A2AA03192075F98F74FDFC321F | In the blind |
| 03/09/2017 06:19:26 | 100AE6815D8B948D0C4AEDB158323B4AAEF3C949 | Paint Me White |
| 01/29/2017 06:54:36 | 5BF326FBAAF87F3E750F080DCE085011E562EBBE | Forbidden Fruit |
| 01/29/2017 06:46:50 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |

**Total Statutory Claims Against Defendant: 20**

EXHIBIT A

WTX1